UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:09CV408-RLV-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| APPROXIMATELY $30,540 IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's motion to stay pursuant to 18 U.S.C. § 981(g)(1). The Government represents that the only claimant, Marvin Mobley, has been indicted in a related criminal case and that his attorney of record, Matthew Pruden, has consented to this Motion.

**IT IS THEREFORE ORDERED** that this case is stayed until further order of this Court.

**SO ORDERED**.

Signed: January 4, 2010

David S. Cayer
United States Magistrate Judge