# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:09cv408

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| APPROXIMATELY $30,540 IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the government's motion (docket no. 9) to lift the stay entered pursuant to 18 U.S.C. § 981(g)(1) on January 4, 2010, and to dismiss the case on the ground that forfeiture in a related criminal case has rendered this civil case moot. In support of the motion, the government states that the only claimant, Marvin Mobley, was indicted in the related criminal case, No. 3:09CR189, and all of the defendant property was forfeited in that case by a final order entered on August 11, 2011. The claimant's attorney of record Matthew Pruden consents to the government's motion. Having considered the motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's motion to lift the stay and dismiss the case (docket no. 9) is **GRANTED**, and the case is dismissed

without prejudice.

Signed: October 25, 2011

Max O. Cogburn Jr.
United States District Judge